Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

CHARLES J. FOREMAN
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

ALVIN L. BRAGG
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
              (to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                 CHARLES J. FOREMAN
Street Address       12030 226 STREET
City and County      QUEENS (CAMBRIA HEIGHTS)
State and Zip Code    NEW YORK  11411
Telephone Number     347 523 6828
E-mail Address       _____

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name

Job or Title *(if known)*    DISTRICT ATTORNEY

Street Address    1 HOGAN PL.

City and County    NEW YORK

State and Zip Code    10013

Telephone Number    212  335  9000

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

Name _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**III.    Statement of Claim**

RECEIVED

23 JUL 14 AM 11: 55

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☒ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race                      *AFRICAN - AMERICAN*
- ☒ color                    *DARK - SKIN*
- ☐ gender/sex          _____
- ☐ religion               _____
- ☒ national origin    *JAMAICAN AMERIC.*
- ☐ age *(year of birth)*          *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

RECEIVED

23 JUL 14 AM 11: 55

OF APPEALS
CIRCUIT
TRITORY



*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.    The Equal Employment Opportunity Commission *(check one)*:

☑    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) REINSTATEMENT OF MY PRIOR LOGISTICS Job

2) COMPENSATORY PAY FOR COURT REFUSAL

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

RECEIVED

23 JUL 14  AM 11: 55

OF APPEALS
CIRCUIT
ITORY

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1/14/23

Signature of Plaintiff

Printed Name of Plaintiff    CHARLES C. FOREMAN

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

NYSCEF
Queens County Supreme Court

**Document List**
**Index #   708433/2022**    Created on:03/27/2023 05:01 PM

RECEIVED

Case Caption:    **CHARLES J FOREMAN v. AMAZON**

Judge Name:                                    23 JUL 14  AM 11: 55

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 1    | SUMMONS + COMPLAINT       | Processed | 04/19/2022 | Court User |

Page 1 of 1

RECEIVED

**INSTRUCTIONS: FILL IN THE NAMES IN THE BOX NUMBER BELOW, THE INDEX NUMBER AND THE DATE THE INDEX NUMBER WAS PURCHASED. COMPLETE ALL BLANKS IN ACCORDANCE WITH THE DIRECTIONS SET FORTH IN BOLD PRINT.**

COURT OF APPEALS

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------X
*Charles J. Foreman*
**[YOUR NAME(S)]**

                    Plaintiff(s),         Index No. _____/___

           -against-           Date Index No.
                                purchased _____
*Amazon*
**[NAME OF PERSON(S) SUED]**         **SUMMONS**

               Defendant(s)
------------------------------------------------------------X
To the Person(s) Named as Defendant(s) Above:

    PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

    YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: *APRIL 19th*, 2022         *Charles J. Foreman*
**[DATE OF SUMMONS]**               **[YOUR NAME(S)]**

                       *120-30 226th Street*
                       *Cambria Heights, N.Y.*
                       *11411   718 500 8227*
                       **[YOUR ADDRESS(ES) and PHONE NUMBER(S)]**

Defendant's Address *546 Gulf Ave., Staten Island, N.Y, 10314*
                  **[ADDRESS OF PERSON(S) SUED]**
<u>Venue:</u>      Plaintiff(s) designate(s) Queens County as the place of trial. The basis of this designation is **[CHECK ONE]**:

           ☒  Plaintiff(s)' Residence in Queens County.
           ☐  Defendant(s)' Residence in Queens County.
           ☐  Other -- Describe: _____.

**NOTE: THIS FORM OF SUMMONS MUST BE SERVED WITH A COMPLAINT**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
--------------------------------------------------------------X

*Charles Foreman* Plaintiff,

    - against -

Index No._____/20____

**COMPLAINT**

*Amazon*    Defendant.
--------------------------------------------------------------X

TO THE SUPREME COURT OF THE STATE OF NEW YORK

    The complaint of the plaintiff, *Charles J. Foreman*, respectfully shows and alleges as follows:

*C. Attached*

FILED: QUEENS COUNTY CLERK 04/19/2022 02:52 PM
INDEX NO. 708433/2022
NYSCEF DOC. NO. 1
RECEIVED NYSCEF: 04/19/2022

2

NYSCEF DOC. NO. 1

Dated: April 19th, 2022

Charles J. Foreman
Plaintiff

3

Supreme Court of the State of New York-New York City

Charles J. Foreman-Plaintiff                                    Index Number:

vs.

Amazon-New York City-Defendant

Thursday, April 14, 2022

Under Chapter 40 of the New York City Human Rights Commission, Section '900',

"Declaration of Intent", It states, "It is the public policy of the city to promote

'Equal opportunity and freedom' from unlawful discrimination through the

provisions of the city's Human Rights Law". Under New York Correction Law

"Article 23-A"; Section '750', states, "Unfair discrimination against persons

previously convicted of one or more criminal offenses prohibited". For the

purposes of this article imposed above, Amazon has withheld my initial start date

and delayed it due to what I firmly believe was my past conviction. Section '750'

of "Article 23-A" also defines "Direct Relationship" meaning that the **'nature'** of

criminal conduct for which the person was convicted has a direct bearing on his

fitness or ability to perform one or more of the duties or responsibilities

necessarily related to the license, opportunity, or job in question. Also, Section

'752' of "Article 23-A" highlights **'unfair discrimination'** against persons previously convicted of one or more criminal offenses-**prohibited.** It continues to write that "No application for any license or employment held by an individual to which the provisions of this of this article are applicable, shall be denied or acted upon adversely by reason of the individuals have been previously convicted of one or more criminal offenses, or by reason of a finding of lack of **'good moral character'** when such finding is based upon the fact that the individual has previously been convicted of one or more criminal offenses, unless, there is a direct relationship between one or more of the previous criminal offenses and the specific license or employment sought or held by the individuals or, the issuance or continuation of the license or the granting or continuation of the employment would involve an unreasonable risk to property or to the safety or welfare of specific individuals or the general public. Granted the opportunity by **'amazon',** their affiliated company called **'accurate'** conducted a background check in order to clear me for employment. The necessary requirement involved me giving a urine sample, and providing government identification to investigate my criminal history. According to a document released by **'accurate'** background reporting, the conducted search was on October 22, 2021 and was updated on November, 5, 2021 on which misdemeanors and felonies were still pending. Knowingly, I had a

Case 1:23-cv-07066-LTS  Document 1  Filed 08/09/23  Page 14 of 28

disposition letter clearing some criminal charges to amend some doubts and misconceptions as to whether 'accurate' would still consider me and have 'amazon' move me into my initial start date. Still, I would suggest that my toxicology report should have come up negative in order to combat the discovery which ultimately led to my exclusion from the warehouse position being that I do not use illegal drugs nor do I drink alcohol excessively. I would say I drink a beer or two typically one day a week or one day every two weeks depending on whether I'm in the mood. I'm never an angry alcoholic meaning that I know my limit and would never endanger anyone while I'm out drinking alcohol; I only drink in bars or when I'm home and consider keeping my toxicology as crystal especially when employed. I would like to also add the unemployment benefits became increasingly hard to obtain due to pandemic Unemployment Assistance (PUA), Pandemic Emergency Unemployment Compensation (PEUC), Extended Benefits (EB). As of September 5, 2021, Several federal unemployment benefit programs have expired across the country which again made it quite difficult for me to maintain finances and continued with the 'amazon' application. Complications with contingency led me to keep other options open confidently with high hopes and optimism that I may still  be considered for this warehouse position. My question is why did 'amazon' and 'accurate' deny my employment based on

Case 1:23-cv-07066-LTS   Document 1   Filed 08/09/23   Page 15 of 28

criminal background in which I believe I should still have been considered a candidate for the Amazon warehouse position on a basis that I believe the New York Correction Law Article 23-A protected me from? Still, my theory or idea regarding the term 'nature' that derives from Article 23-A would be that my criminal background may have a direct "bearing" on my fitness for duty would pertain to the site manager/supervisors at any future training because I myself am not a violent person and I believe one mistake that I've made doesn't necessarily mean that you are to be that person in the future or overall. What drives me to be a more applicable character would really be the ones that have guided and progressed me throughout the 'amazon' application process are my family and friends. My family and friends have given me the confidence to move forward and really dedicate me to being a better person. I confidently believe that one mistake can in fact be remanded based on the fact that I, myself dressed professionally for every interview, also I was very well spoken and cordial with leadership within the building. would like to add that I followed command with a clear and coherent mind state that allowed me to naturally carry out the necessary steps in order to comprehend the tasks that were presented and receive the start date provided by 'amazon' in the email. For the purposes of this summary, I, the Equal Employment Opportunity Commission, Fair Employment

Protection Act, as well as the Commission Of Human Rights set a note of

$300,000.00 on record to denounce the rebuttal act of denying my right to being

a part of an ever growing, ever expanding company that opens doors to new

experiences as well as creates change in individuals through hard labor and

dedication which can result in the fruits of an successful community. For the

record, I myself have worked for a sub-contracted delivery company for 'amazon'

and have become a more responsible, reliable and courteous individual; have

gained numerous opportunities to expand myself in terms of critical thinking and

opened my communication skills in which I never thought was possible. Having

had this job would have given me more foundation for me to continue doing what

I love and receiving benefits in return. The People of the Supreme Court

unanimously vote a grand total of $300,000.00 be awarded to the Plaintiff,

"Charles J. Foreman" pursuant to CFR Title 31;  Subtitle B, Chapter II; Subchapter

A, Part 203.1-203.21; 204: Reserved.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC FEPA | 520-2022-02294 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Charles J. Foreman | (718) 500-8227 | |

| Street Address |
|---|
| 12030 226th Street |
| CAMBRIA HEIGHTS, NY 11411 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| AMAZON | Unknown Number Of Employees | |

| Street Address |
|---|
| 546 GULF AVE |
| STATEN ISLAND, NY 10314 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address |
|---|
| |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Retaliation | Earliest: 10/22/2021     Latest: 11/18/2021 |
| | Continuing Action |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| _____   _____ <br> Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 520-2022-02294 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

I am a job-applicant who sought for employment at the above-named entity ("Respondent"). I allege Respondent subjected me, in retaliation, for having completed all of the requirements needed as a part of its hiring process. To further explain, I was given a conditional job offer, along with a start date of employment. However, after having underwent through my background check, Respondent decided to rescind the conditional job offer. I was never given any explanation as to why I was rescinded the job offer. Therefore, I believe I am being retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII").

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| _____        _____  *Date*                                    *Charging Party Signature* | SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

## VERIFICATION

*Charles J. Foreman*           , being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

4/19/22

_____
**Signature**

*Charles Foreman*
Print Name

Sworn to before me this
19 day of APRIL      2022

_____
Notary Public

SWORN TO OR AFFIRMED BEFORE ME ON
Apri 19 2022
STATE OF NEW YORK
COUNTY OF QUEENS

SUSAN LOUGHLIN
Notary Public - State of New York
No. 04LO6430887
Qualified in Queens County
Commission Expires March 21, 20 26

4

# REQUEST FOR JUDICIAL INTERVENTION

**SUPREME** _____ COURT, COUNTY OF _____

UCS-840
(rev. 11/24/2022)

Index No: _____    Date Index Issued: _____

RECEIVED

For Court Use Only

**CAPTION**    Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

RJI Entry Date

Plaintiff(s)/Petitioner(s)

Judge Assigned:

-against-

RJI Filed Date

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING**    Check only one box and specify where indicated.

**COMMERCIAL**
- ○ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ○ Contract
- ○ Insurance (where insurance company is a party, except arbitration)
- ○ UCC (includes sales and negotiable instruments)
- ○ Other Commercial (specify): _____

    NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C).

**TORTS**
- ○ Adult Survivors Act
- ○ Asbestos
- ○ Environmental (specify): _____
- ○ Medical, Dental or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability (specify): _____
- ○ Other Negligence (specify): _____
- ○ Other Professional Malpractice (specify): _____
- ○ Other Tort (specify): _____

**SPECIAL PROCEEDINGS**
- ○ Child-Parent Security Act (specify): ○ Assisted Reproduction  ○ Surrogacy Agreement
- ○ CPLR Article 75 – Arbitration    [see NOTE in COMMERCIAL section]
- ○ CPLR Article 78 – Proceeding against a Body or Officer
- ○ Election Law
- ○ Extreme Risk Protection Order
- ○ MHL Article 9.60 – Kendra's Law
- ○ MHL Article 10 – Sex Offender Confinement (specify): ○ Initial  ○ Review
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene (specify): _____
- ○ Other Special Proceeding (specify): _____

**MATRIMONIAL**
- ○ Contested
    NOTE: If there are children under the age of 18, complete and attach the
    **MATRIMONIAL RJI ADDENDUM (UCS-840M).**
    For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).

**REAL PROPERTY**    Specify how many properties the application includes: _____
- ○ Condemnation
- ○ Mortgage Foreclosure (specify): ○ Residential  ○ Commercial
    Property Address: _____
    NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the FORECLOSURE RJI ADDENDUM (UCS-840F).
- ○ Partition
    NOTE: Complete and attach the PARTITION RJI ADDENDUM (UCS-840P).
- ○ Tax Certiorari (specify): Section: _____ Block: _____ Lot: _____
- ○ Tax Foreclosure
- ○ Other Real Property (specify): _____

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution  [see NOTE in COMMERCIAL section]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change/Sex Designation Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other (specify): _____

**STATUS OF ACTION OR PROCEEDING**    Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ○ | ○ | If yes, date filed: _____ |
| Has a summons and complaint or summons with notice been served? | ○ | ○ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ○ | ○ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**    Check one box only and enter additional information where indicated.

- ○ Infant's Compromise
- ○ Extreme Risk Protection Order Application
- ○ Note of Issue/Certificate of Readiness
- ○ Notice of Medical, Dental or Podiatric Malpractice    Date Issue Joined: _____
- ○ Notice of Motion    Relief Requested: _____    Return Date: _____
- ○ Notice of Petition    Relief Requested: _____    Return Date: _____
- ○ Order to Show Cause    Relief Requested: _____    Return Date: _____
- ○ Other Ex Parte Application    Relief Requested: _____
- ○ Partition Settlement Conference
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other (specify): _____

**RELATED CASES** — List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| | | | RECEIVED | |
| | | | 23 JUL 14 AM 11: 54 | |
| | | | OF APPEALS CIRCUIT SITORY | |
| | | | | |

**PARTIES** — For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Un-Rep | Parties — List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants — For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined — For each defendant, indicate if issue has been joined. | Insurance Carriers — For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |
| ☐ | Name: Role(s): | | ○ YES   ○ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.

Dated: _____

_____          _____
                                                            Signature

_____          _____
Attorney Registration Number                          Print Name



United States Attorney's Office
*Southern District of New York*
*Civil Rights Unit*

## Civil Rights Complaint Form

23 JUL 14 AM 11: 54

The Civil Rights Unit of the United States Attorney's Office is charged with enforcing the federal civil rights laws within the Southern District of New York, which includes Bronx, Dutchess, New York, Orange, Putnam, Rockland, Sullivan, and Westchester counties. We therefore welcome information from the public that brings to our attention possible violations of our Nation's civil rights laws.

| **Person Filing complaint:** | **Person/Entity you are filing complaint about:** |
|---|---|
| CHARLES J. FOREMAN<br>Name | DISTRICT ATTORNEY 'ALVIN L. BRAGG'<br>Name of Person or Entity |
| 120.30 226TH STREET<br>Address | 1 HANOVER PL.<br>Address |
| Address (Line 2) | Address (Line 2) |
| CAMBRIA HEIGHTS, N.Y  11411<br>City, State          Zip | MANHATTAN, NEW YORK  10013<br>City, State          Zip |
| QUEENS    (718) 500-8227<br>County      Phone 347 523 6828 | NEW YORK    212 335 9000<br>County          Phone |

**Nature of Alleged Civil Rights Violation:**

☑ Disability Rights          ☑ Fair Housing          ☐ Voting Rights

☐ Educational Opportunities   ☐ Law Enforcement Misconduct   ☐ Other: _____

☑ Employment Discrimination   ☐ Prisoner/Institutional Rights

**Please clearly describe the violation of the civil rights laws that you would like to bring to our attention. Include as much information as possible, including the date, place, nature of incident, and contact information for any witnesses (do not send original documents):**

DUE TO THE LACK OF RESPONSE FROM THE QUEENS COUNTY SUPREME CIVIL COURT, REQUESTING AN R.J.1 THROUGH THIS JUSTICE CIVIL RIGHTS COMPLAINT FORM TO RESOLVE EMPLOYMENT DISCRIMINATION ISSUES.

[Print in **black** ink beside instructions in bold letters]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------x

*CHARLES J. FOREMAN*                    ,

[fill in name(s)]                              Plaintiff(s),

                                        - against-

*DISTRICT ATTORNEY 'ALVIN L. BRAGG'*

[fill in name(s)]                        Defendant(s).

-----------------------------------------------x

RECEIVED

**Index Number** AM 11:54

*708433/2022*

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the attached affidavit(s) of ____*PLAINTIFF*____

____*CHARLES J. FOREMAN*____ [your name(s)], sworn to on _____, 20____

[date Affidavit in Support notarized], the exhibits attached to the affidavit(s), and upon all proceedings

in this case to date, the (plaintiff(s)) defendant(s) [circle one and give name of party making this

request] *PLAINTIFF/CLAIMANT CHARLES J. FOREMAN* will move this Court, at 9:30 A.M. on the

____ day of _____, 20____, [return date] at the Courthouse, 60 Centre Street, New York,

New York, in the Motion Submission Part Courtroom, Room 130, for an order, pursuant to the Civil

Practice Law and Rules (CPLR), granting the following relief to the movant(s):

[briefly describe what you are asking the Court to do] *BY THIS ORDER, I*
*HEREBY DECLARE A DEFAULT JUDGEMENT PURSUANT TO*
*(CPLR 3215)(i), CITATED HERETO ACKNOWLEDGING THE*
*"MOTION TO DISMISS" AS PER (CPLR 3211)(a) - AWARDING*
*PLAINTIFF/CLAIMANT A "CROSS MOTION" SUMMARY JUDGEMENT*
*OF THE FIRST DEPARTMENT, AGAIN, PURSUANT TO (CPLR 2215) -*
*A TOTAL OF $300,000.00 USD*

and for such other and further relief as this Court may deem just and proper.

[Print in **black** ink all areas in bold letters]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------x

*CHARLES J. FOREMAN*                    ,

**[fill in names(s)]**                 Plaintiff(s)/Petitioner(s),

RECEIVED

**Index Number**

23 JUL 14  AM 11:55

*708433/2022*

AFFIDAVIT IN SUPPORT

- against -

*DISTRICT ATTORNEY 'ALVIN L. BRAGG'*        ,

**[fill in name(s)]**                  Defendant(s)/Respondent

-------------------------------------------------------------------------x

STATE OF NEW YORK)
COUNTY OF NEW YORK)          ss:

*I, PLAINTIFF/CLAIMANT THERE OF* **[your name]**, being duly sworn, deposes
and says:

1. I am **[circle one]** the (plaintiff)/petitioner/ defendant/ respondent in this matter.  I make this
affidavit in support of this motion for an order **[Describe what you are asking the Court to do.  This
relief must also be stated in the Notice of Motion or Order to Show Cause.]** *ACCORDING
TO THE ORIGINAL "NOTICE OF MOTION" WITH AN ADDED
RESPONSE REGARDING THIS CLAIM, I HEREBY
REQUEST RE INSTATEMENT INTO AMAZON SALESFORCE
OF MY PRIOR STATED AMAZON DELIVERY POSITION
AS A "DUTCH-EXPRESS" (DELIVERY SERVICE PROVIDER)*

2. I believe the Court should grant this motion because **[Explain why you should be granted
what you are requesting.  Attach, identify, and explain any Exhibits (documents) you wish to
submit to the court in support of your position.  Add more pages if needed.]** *PROMINENT
TO THE STATEMENT CLAIMED THERE OVER, TWO
YEARS HAS PASSED SINCE ANY FINANCE'S HAVE
BEEN FORWARDED THROUGH EMPLOYMENT; NOW,
WITH THE MOCK-UP GAMES & FOLLOW-UP CIVIL
COMPLAINTS TO THE CITY OF NO DOCUMENTED PROOF
IN POSSESSION, I ASK THE COURT TO RELIEVE THE
PROTECTED AMOUNT OF $300,000.00 USD FOR ANY FUTURE
INCURSION AVERTED FINANCIALLY, i.e.) D.O.L UNEMPLOYMENT
INSURANCE BENEFITS FEDERALLY ON ICE FROM PUBLIC*

ACCEPTANCE. OVERALL I PLEAD WITH THE COURT IN HOPES TO RELIEVE MYSELF OF THE DISTRICT STATEN ISLAND WAREHOUSE POSITION AND RETURN TO MY PREVIOUS LOGISTICS POSITION AS A "DELIVERY SERVICE PROVIDER" WITH THE ACKNOWLEDGEMENT OF MY DRIVERS LICENSE PUT FORWARD OUT OF SMALL CLAIMS COURT

3. A prior application **[circle one]** *has not* / *has* been made for the relief now requested **[If you made this application before in this or any other court, describe where, when, the result and why you are making it again.  Attach copies of previous decisions.]**

WHEREFORE, I respectfully request that the motion be granted, and that I have such other and further relief as may be just and proper.

Sworn to before me on the

_____ day of _____, 20_____

_____
Notary Public

_____
**[sign your name in front of a Notary]**

_____
**[print your name]**

EEOC
NEW YORK DISTRICT OFFICE

JUN 1 5 2023

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

RECEIVED

23 JUL 14 AM 11:55

~~~~ OF APPEALS
~~ CIRCUIT
~~~TORY

-------------------------------------------------------------------X

_CHARLES J. FOREMAN_

Plaintiff/Petitioner

INDEX NO. _708433 | 2022_

Part 130 Certification
Legal Back

— against —

_DISTRICT ATTORNEY 'ALVIN L. BRAGG'_

Defendant/Respondent

-------------------------------------------------------------------X

To the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

_Charles Foreman_

[SIGN YOUR NAME]

_CHARLES FOREMAN_

[PRINT NAME]

_718  500  8227_

_120-30  226 TH  STREET_

_CAMBRIA HEIGHTS, N-Y, 11411_

[PETITIONER'S ADDRESS AND TELEPHONE NUMBER]

_347  523  6828_

EEOC
**NEW** YORK DISTRICT OFFICE

JUN 1 5 2023

RECEIVED
AUG - 9 2023
PRO SE OFFICE

SUPREME
COURT
CASE
FILE
CHARLES J.
FOREMAN