UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES J. FOREMAN,

                Plaintiff,

    -against-

ALVIN L. BRAGG,

               Defendant.

23-CV-7066 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the January 2, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  January 2, 2024
          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge